## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 13-29402 RAM  
**Case Name:** FILLION, RONALD  
**Period Ending:** 06/30/14

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 08/16/13 (f)  
**§341(a) Meeting Date:** 09/20/13  
**Claims Bar Date:** 03/22/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|:---:|---:|---:|
| 1   20210 SW 80 AVE CUTLER BAY, FL 33189<br>Joint with non-filing party. Report of abandonment on file with the court ECF 18 | 261,418.00 | 0.00 | OA | 0.00 | FA |
| 2   3801 OAK AVE COCONUT GROVE, 33133 | 140,639.00 | 20,712.00 | | 0.00 | FA |
| 3   CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 4   BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 5   HOUSEHOLD GOODS AND FURNISHINGS<br>Joint with non-filing party. | 960.00 | 0.00 | | 200.12 | 199.88 |
| 6   WEARING APPAREL | 100.00 | 60.00 | | 30.00 | 30.00 |
| 7   JEWELRY | 200.00 | 200.00 | | 100.03 | 99.97 |
| 8   FIREARMS<br>Report of abandonment on file with the court ECF 18 | 400.00 | 400.00 | OA | 0.00 | FA |
| 9   RON J FILLION PA | 1,750.00 | 1,750.00 | | 965.50 | 964.50 |
| 10  REAL ESTATE LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 11  AUTOMOBILE | 0.00 | 0.00 | | 0.00 | FA |
| 12  PREFERENCE TO INSIDER  (u) | 4,000.00 | 4,000.00 | | 2,002.85 | 2,001.41 |
| 13  2010 INCOME TAX REFUND  (u) | 1,224.00 | 1,224.00 | | 1,224.00 | FA |
| 14  2012 INCOME TAX REFUND  (u) | 1,535.00 | 1,535.00 | | 1,535.00 | FA |
| 14  **Assets**    Totals  (Excluding unknown values) | **$412,226.00** | **$29,881.00** | | **$6,057.50** | **$3,295.76** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 13-29402 RAM | Trustee: | (290830) Barry E. Mukamal |
| --- | --- | --- | --- |
| Case Name: | FILLION, RONALD | Filed (f) or Converted (c): | 08/16/13 (f) |
| | | §341(a) Meeting Date: | 09/20/13 |
| Period Ending: | 06/30/14 | Claims Bar Date: | 03/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

The Trustee has recovered the value of the scheduled personal property and preference payment equal to $6,594.26, payable over 12 months commencing 01/15/14 and concluding 12/15/14, court ordered 02/24/14 and the 2010 and 2010 tax refunds equal to $2,759.00 for a total recovery of $9,356.26

11/21/13 - Court order granting employment of Trustee's accountant, Barry E. Mukamal and Marcum LLP

**Initial Projected Date Of Final Report (TFR):** February 28, 2015        **Current Projected Date Of Final Report (TFR):** February 28, 2015

_____        /s/ Barry E. Mukamal
August 7, 2014                                  _____
Date                                               Barry E. Mukamal

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-29402 RAM | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | FILLION, RONALD | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7466 - Checking Account |
| Taxpayer ID #: | **-***1934 | | Blanket Bond: | $129,067,000.00  (per case limit) |
| Period Ending: | 06/30/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/13 | {13} | United States Treasury | 2010 tax refund | | 1224-000 | 1,224.00 | | 1,224.00 |
| 12/16/13 | {14} | United States Treasury | 2012 tax refund | | 1224-000 | 1,535.00 | | 2,759.00 |
| 01/13/14 | | Ronald Fillion | Payment #1; court ordered 02/24/14 | | | 500.00 | | 3,259.00 |
| | {5} | | Allocation Asset #5 | 30.35 | 1129-000 | | | 3,259.00 |
| | {6} | | Allocation Asset #6 | 4.55 | 1129-000 | | | 3,259.00 |
| | {7} | | Allocation Asset #7 | 15.17 | 1129-000 | | | 3,259.00 |
| | {9} | | Allocation Asset #9 | 146.43 | 1129-000 | | | 3,259.00 |
| | {12} | | Allocation Asset #12 | 303.50 | 1241-000 | | | 3,259.00 |
| 01/13/14 | | Ronald Fillion | Payment #1; court ordered 02/24/14 | | | 49.75 | | 3,308.75 |
| | {5} | | Allocation Asset #5 | 3.02 | 1129-000 | | | 3,308.75 |
| | {6} | | Allocation Asset #6 | 0.45 | 1129-000 | | | 3,308.75 |
| | {7} | | Allocation Asset #7 | 1.51 | 1129-000 | | | 3,308.75 |
| | {9} | | Allocation Asset #9 | 14.57 | 1129-000 | | | 3,308.75 |
| | {12} | | Allocation Asset #12 | 30.20 | 1241-000 | | | 3,308.75 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,298.75 |
| 02/07/14 | | Ron Fillion | Payment #2; court ordered 02/24/14 | | | 549.75 | | 3,848.50 |
| | {5} | | Allocation Asset #5 | 33.35 | 1129-000 | | | 3,848.50 |
| | {6} | | Allocation Asset #6 | 5.00 | 1129-000 | | | 3,848.50 |
| | {7} | | Allocation Asset #7 | 16.67 | 1129-000 | | | 3,848.50 |
| | {9} | | Allocation Asset #9 | 160.90 | 1129-000 | | | 3,848.50 |
| | {12} | | Allocation Asset #12 | 333.83 | 1241-000 | | | 3,848.50 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,838.50 |
| 03/07/14 | | Ron Fillion | Payment #3; court ordered 02/24/14 | | | 549.75 | | 4,388.25 |
| | {5} | | Allocation Asset #5 | 33.35 | 1129-000 | | | 4,388.25 |
| | {6} | | Allocation Asset #6 | 5.00 | 1129-000 | | | 4,388.25 |
| | {7} | | Allocation Asset #7 | 16.67 | 1129-000 | | | 4,388.25 |

Subtotals :    $4,408.25    $20.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-29402 RAM
**Case Name:** FILLION, RONALD

**Taxpayer ID #:** **-***1934
**Period Ending:** 06/30/14

**Trustee:** Barry E. Mukamal (290830)
**Bank Name:** Rabobank, N.A.
**Account:** ******7466 - Checking Account
**Blanket Bond:** $129,067,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {9} | | Allocation Asset #9 | 160.90 | 1129-000 | | | 4,388.25 |
| | {12} | | Allocation Asset #12 | 333.83 | 1241-000 | | | 4,388.25 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,378.25 |
| 04/03/14 | | Ron Fillion | Payment #4; court ordered 02/24/14 | | | 549.75 | | 4,928.00 |
| | {5} | | Allocation Asset #5 | 33.35 | 1129-000 | | | 4,928.00 |
| | {6} | | Allocation Asset #6 | 5.00 | 1129-000 | | | 4,928.00 |
| | {7} | | Allocation Asset #7 | 16.67 | 1129-000 | | | 4,928.00 |
| | {9} | | Allocation Asset #9 | 160.90 | 1129-000 | | | 4,928.00 |
| | {12} | | Allocation Asset #12 | 333.83 | 1241-000 | | | 4,928.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,918.00 |
| 05/07/14 | | Ron Fillion | Payment #5; court ordered 02/24/14 | | | 549.75 | | 5,467.75 |
| | {5} | | Allocation Asset #5 | 33.35 | 1129-000 | | | 5,467.75 |
| | {6} | | Allocation Asset #6 | 5.00 | 1129-000 | | | 5,467.75 |
| | {7} | | Allocation Asset #7 | 16.67 | 1129-000 | | | 5,467.75 |
| | {9} | | Allocation Asset #9 | 160.90 | 1129-000 | | | 5,467.75 |
| | {12} | | Allocation Asset #12 | 333.83 | 1241-000 | | | 5,467.75 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,457.75 |
| 06/04/14 | | Ron Fillion | Payment #6; court ordered 02/24/14 | | | 549.75 | | 6,007.50 |
| | {5} | | Allocation Asset #5 | 33.35 | 1129-000 | | | 6,007.50 |
| | {6} | | Allocation Asset #6 | 5.00 | 1129-000 | | | 6,007.50 |
| | {7} | | Allocation Asset #7 | 16.67 | 1129-000 | | | 6,007.50 |
| | {9} | | Allocation Asset #9 | 160.90 | 1129-000 | | | 6,007.50 |
| | {12} | | Allocation Asset #12 | 333.83 | 1241-000 | | | 6,007.50 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,997.50 |

Subtotals :          $1,649.25          $40.00

{} Asset reference(s)                                                                                                    Printed: 08/07/2014 10:19 AM     V.13.15

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-29402 RAM  
**Case Name:** FILLION, RONALD  
**Taxpayer ID #:** **-***1934  
**Period Ending:** 06/30/14  

**Trustee:** Barry E. Mukamal (290830)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $129,067,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,057.50 | 60.00 | **$5,997.50** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,057.50 | 60.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,057.50** | **$60.00** | |

Net Receipts :          6,057.50  
Net Estate :          $6,057.50

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7466** | 6,057.50 | 60.00 | 5,997.50 |
| | **$6,057.50** | **$60.00** | **$5,997.50** |